B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only)<br>26 - 01111 |
|---|---|

| **PLAINTIFFS**<br>Joe Garcia | **DEFENDANTS**<br>Cecilia stevanoski |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>440 65th St. WNY, NJ 07093 | **ATTORNEYS** (If Known)<br>Mario Blanch |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

adversary proceeding complaint

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☒ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 150,000 |
| Other Relief Sought | |



B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR _Cecilia Stevanoski_ | BANKRUPTCY CASE NO. _25-22735 VFP_ | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE _Bankruptcy_ | NAME OF JUDGE _V.F. Papalia_ |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF _Jay Garcia_ | DEFENDANT _Cecilia Stevanoski_ | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE _03/06/2026_ | PRINT NAME OF ATTORNEY (OR PLAINTIFF) _Jay Garcia_ | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# ADVERSARY PROCEEDING COMPLAINT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Cecilia Stevanoski
Debtor

Bankruptcy Case No.: **25-22735-VFP**
Chapter 7

Judge: **Hon. Vincent F. Papalia**

RECEIVED

MAR - 6 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

# ADVERSARY PROCEEDING

**Jay Garcia**
1506 45th St Apt 2
North Bergen, NJ 07047
Phone: 201-888-5328
Email: Realtorjaygarcia@gmail.com

Plaintiff

v.

**Cecilia Stevanoski**
213 Ridge Road
North Arlington, NJ 07031

Defendant / Debtor

Adversary Proceeding No.: _____

# COMPLAINT OBJECTING TO DISCHARGE

**AND FOR DETERMINATION OF NON-DISCHARGEABILITY OF DEBT**

(11 U.S.C. §§ 523 and 727)

Plaintiff Jay Garcia files this Complaint against Defendant Cecilia Stevanoski and alleges as follows:

---

# PARTIES

1. Plaintiff **Jay Garcia** resides at 1506 45th St Apt 2, North Bergen, New Jersey.
2. Defendant **Cecilia Stevanoski** resides at 213 Ridge Road, North Arlington, New Jersey.
3. Defendant filed a voluntary petition for relief under **Chapter 7** of the Bankruptcy Code on **December 1, 2025**.
4. The bankruptcy case is pending as **Case No. 25-22735-VFP**.

---

# JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to **28 U.S.C. §§ 157 and 1334**.
6. This is a **core proceeding** under **28 U.S.C. §157(b)**.
7. Venue is proper in this district.

---

# CHAPTER 7 TRUSTEE

8. The appointed Chapter 7 Trustee is:

Ilissa Churgin Hook
Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631

---

# FACTUAL BACKGROUND

9. Prior to filing bankruptcy, Defendant obtained money and/or financial benefit from Plaintiff through **false statements and fraudulent representations**.
10. Defendant knowingly misrepresented material facts to Plaintiff in order to obtain money and/or property.
11. Plaintiff relied upon Defendant's representations.
12. The representations were **false when made** and were made with intent to deceive Plaintiff.
13. Plaintiff suffered financial damages as a result of Defendant's fraudulent conduct.
14. Upon information and belief, Defendant may have **concealed or failed to disclose assets** in her bankruptcy schedules.
15. Plaintiff believes the debtor may have:

• Transferred property prior to filing bankruptcy
• Failed to list assets or income
• Made false statements under oath in bankruptcy filings

16. Such actions constitute **fraud upon creditors and the bankruptcy court**.

---

# COUNT I

## NON-DISCHARGEABILITY OF DEBT

(11 U.S.C. §523(a)(2)(A))

17. Plaintiff repeats and incorporates all prior paragraphs.
18. Defendant obtained money, property, or credit by **false pretenses, false representations, or actual fraud**.
19. Under **11 U.S.C. §523(a)(2)(A)**, such debt is **not dischargeable in bankruptcy**.

---

# COUNT II

## OBJECTION TO DISCHARGE

(11 U.S.C. §727)

20. Plaintiff repeats and incorporates the above paragraphs.

21. Defendant may have knowingly and fraudulently:

• Concealed property of the estate
• Made false oaths or statements in the bankruptcy case
• Failed to explain loss of assets
• Transferred property to hinder or defraud creditors.

22. Under **11 U.S.C. §727**, the Court should **deny the debtor's discharge entirely**.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Determine that the debt owed to Plaintiff is **NON-DISCHARGEABLE** pursuant to 11 U.S.C. §523.
2. Deny Defendant's discharge pursuant to **11 U.S.C. §727**.
3. Enter judgment in favor of Plaintiff.
4. Grant any other relief the Court finds just and proper.

# DEMAND FOR TRIAL

Plaintiff requests trial on all issues so triable.

# SIGNATURE

Jay Garcia
1506 45th St Apt 2
North Bergen, NJ 07047

Phone: 201-888-5328
Email: Realtorjaygarcia@gmail.com

Date: **03/06/2026**

Signature: _____

# CERTIFICATE OF SERVICE

I certify that on this date I served a copy of this Complaint upon:

**Debtor**
Cecilia Stevanoski
213 Ridge Road
North Arlington, NJ 07031

**Debtor's Attorney**
Mario Blanch
440 65th Street
West New York, NJ 07093

**Chapter 7 Trustee**
Ilissa Churgin Hook
184 Grand Avenue
Englewood, NJ 07631

Date: 03/06/2026

Signature: _____